```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 12581
   THOMAS JOHN PRINCE JR
                                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA

      Debtor
   SSN XXX-XX-8177


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/16/08 .

   2.  The case was dismissed without confirmation, 07/17/2008.


-----------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-----------------------------------------------------------------------
CREDIT ACCEPTANCE CORP     SECURED VEHIC    NOT FILED            .00            .00
TRIAD FINANCIAL CORP       SECURED VEHIC    NOT FILED            .00            .00
DAIMLER CHRYSLER FINANCI   UNSECURED        NOT FILED            .00            .00
INTERNAL REVENUE SERVICE   PRIORITY         NOT FILED            .00            .00
COMED                      UNSECURED        NOT FILED            .00            .00
NICOR GAS                  UNSECURED        NOT FILED            .00            .00
COMCAST                    UNSECURED        NOT FILED            .00            .00
AT&T WIRELESS              UNSECURED        NOT FILED            .00            .00
SPRINT NEXTEL              UNSECURED        NOT FILED            .00            .00
CREDIT ONE BANK            UNSECURED        NOT FILED            .00            .00
DIRECT MERCHANTS CREDIT    UNSECURED        NOT FILED            .00            .00
FIRST PREMIER BANK         UNSECURED        NOT FILED            .00            .00
MASTERCARD                 UNSECURED        NOT FILED            .00            .00
VERIZON WIRELESS           UNSECURED        NOT FILED            .00            .00
HARRIS BANK                UNSECURED        NOT FILED            .00            .00
       Summary of disbursements:
-----------------------------------------------------------------------
                     SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
-----------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00          .00          .00          .00           .00
PRINCIPAL PAID           .00          .00          .00          .00           .00
INTEREST PAID            .00          .00          .00          .00           .00
TOTAL PAID               .00          .00          .00          .00           .00
The Debtor's attorney, PRO SE DEBTOR                 , was allowed $         .00
and was paid $         .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 10/09/08                          /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```